LAW LIBRARY

**IN THE SUPERIOR COURT OF GUAM**

| | |
|---|---|
| THE PEOPLE OF GUAM, | CRIMINAL CASE NO.: CF0218-13 |
| vs. | DECISION AND ORDER RE. MOTION FOR EXPERT EVALUATION AND OBJECTION TO DISCLOSURE OF REPORT |
| RAYMOND TEDTAOTAO, ANTHONY MENDIOLA, KYLE J. CRUZ, Defendants. | |

This matter came before the Honorable Maria T. Cenzon on June 17, 2013 on: (1) Defendant Kyle K. Cruz's ("Cruz") objection to the disclosure of his psychiatric evaluation report to Defendant Tedtaotao and Defendant Mendiola, and (2) the People's Motion for an *In Camera* Inspection of Juvenile Records, which was filed on June 6, 2013. Assistant Attorney General Brian D. Gallagher represented the People of Guam (the "People"). Defendant Raymond Tedtaotao was represented by Attorney Sam Teker. Defendant Anthony Mendiola was represented by Attorney William Pole. Defendant Kyle Cruz was represented by Attorney John Terlaje. The Court, having considered the pleading on file in the record and arguments presented during the hearing of this matter issues the following Decision and Order GRANTING Defendant Cruz's Motion for Expert Evaluation and DENYING request to seal the resulting report. Additionally, the People's Motion is DENIED.

**PROCEDURAL HISTORY**

On May 30, 2013, Defendant Cruz filed a Notice of Motion and Motion for Leave of Court to Afford Written Notice Pursuant to 9 G.C.A. § 7.22 and for Expert Evaluation. The Court granted the motion on June 10, 2013. The evaluation was conducted on June 14, 2013.

The Court, during the June 17, 2013 hearing, advised the parties that Defendant Cruz's evaluation had been conducted and that a copy of the psychiatric report will be provided to the parties after it has been submitted to the Court. Defendant Cruz objected to the disclosure of the psychiatric evaluation report and the juvenile records under confidentiality grounds. Defendant Tedtaotao and Defendant Mendiola maintained that, under the prosecution's continuing duty to disclose, they are entitled to the report and records if they are made to available to the People. The Court took the matter under advisement.

## DISCUSSION

Defendant Cruz filed his motion asking for a psychiatric evaluation pursuant to 9 GCA § 7.22. 9 GCA § 7.22(d) (emphasis added) states:

> **The defendant** shall plead not guilty by reason of mental illness, disease or defect, or **shall give notice, in open court or in writing, that his mental condition will or may be in issue not later than ten days after his arraignment or at such later time as the court for good cause may allow.** If such notice is given prior to or at the time of arraignment, the court shall defer the entry of a plea until the filing of the reports provided in § 7.25. **Upon the giving of such notice or upon a plea of not guilty by reason of mental illness, disease or defect, the court shall order an examination to be conducted, as provided in § 7.25.**

According to 9 GCA § 7.25(g) (emphasis added), "[e]ach psychiatrist appointed by the court who examines the defendant pursuant to this Section shall file a written report with the clerk of the court who **shall deliver copies to each party**." Therefore, based upon the above statutory mandate of Sections 7.22 and 7.25, Defendant Tedtaotao and Defendant Mendiola are entitled to receive a copy of Defendant Cruz's psychiatric evaluation report.

With regard to the People's request for an *in camera* inspection of Defendant Cruz's juvenile records, the request is denied. The People's request was made for the purpose of obtaining more information to prepare "a full and accurate response" to Defendant Cruz's

motion for psychiatric evaluation. *See* Affidavit in Support of Mot for an *In Camera* Inspection of Juvenile Records, filed June 6, 2013. However, because the Court granted Defendant Cruz's motion for psychiatric evaluation, the People's request is denied as moot.

## CONCLUSION

The Court finds that by placing Defendant Cruz's mental state at issue and requesting an evaluation pursuant to 9 G.C.A. Section 7.22 and 7.25, all parties are entitled to receive a copy of the resulting report. Copies of Defendant Cruz's psychiatric evaluation report shall, therefore, be made available to Defendant Tedtaotao and Defendant Mendiola. The Court further DENIES the People's Motion for an *In Camera* Inspection of Juvenile Records as moot.

SO ORDERED this 28th day of June, 2013.

**HONORABLE MARIA T. CENZON**
Judge, Superior Court of Guam

I do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the clerk of the Superior Court of Guam.

6·28·13

Jesse C. Franquez
Deputy Clerk, Superior Court of Guam